**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> VS. <br><br> **ERWIN PAVON PAVON,** <br><br> Defendant | **NO. 3: 09-MJ-08-05 (CWH)** <br><br> **VIOLATIONS: 18 U.S.C. §472 and §1028** |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Ms. LaRae Dixon Moore of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorneys Graham A. Thorpe and Tamara A. Jarrett. Based upon the evidence proffered to the court by counsel for the government and counsel for the defendant, as well as the contents of the Memorandum of the U. S. Probation Office dated August 26, 2009, and the Presentence Investigation Report in Case No. 7:07CR1103-1GRA from the District of South Carolina, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Presentence Investigation Report in Case No. 7:07CR1103-1GRA from the District of South Carolina, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of this defendant were he to be released from custody. The defendant was convicted January of 2008 in Case No. 7:07CR1103-1GRA, U. S. District Court for the District of South Carolina, of the offense of MAKING, UTTERING AND POSSESSING COUNTERFEIT SECURITIES in violation of 18 U.S.C. §§513 and 2. He is a citizen of Honduras and is in the United States illegally, having been specifically directed as a condition of supervised release, not to return to the United States after being deported, without the consent of the Attorney General or the Head of the Department of Homeland Security. The defendant re-entered the United States without consent approximately two months ago.

**For the foregoing reasons, the undersigned finds that defendant Pavon Pavon poses a serious risk of flight were he to be released from custody, mandating pretrial detention.  IT IS SO ORDERED AND DIRECTED.**

PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED, this 26th day of AUGUST, 2009.**

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**